

**U.S. Department of Justice**

Criminal Division

*Fraud Section*

1400 New York Avenue, N.W.
Washington, D.C. 20005

June 20, 2016

**VIA HAND DELIVERY**

16-2921-Garber

Re: <u>Grand Jury Investigation</u>

Dear Mr. Raul Moreno:

  This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 1347 (Health Care Fraud), Title 18, United States Code, Section 1349 (Conspiracy to Commit Health Care Fraud and Wire Fraud), Title 18, United States Code, Section 371 (Conspiracy to Pay Health Care Kickbacks), and Title 18 United States Code, Sections 1956 and 1957.

  If you elect to retain counsel in this matter, please have your attorney contact me. If you believe you are financially unable to hire an attorney, the Court may appoint counsel for you. If this is the case, I encourage you to contact me at the telephone number below for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

  If your counsel does not contact me by June 24, 2016, I will assume that you have elected not to resolve this matter at this time. In that event, the grand jury will consider the facts obtained during the course of this investigation.

            Very truly yours,

            /s Elizabeth Young
            Elizabeth Young
            U.S. Department of Justice
            Criminal Division, Fraud Section
            (202)-262-7560