# MINUTE ORDER

Page 1

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4      Date: 7/1/2016      Time: 2:00 p.m.

Defendant: Raul Moreno      J#:      Case #: 16-2921-GARBER

AUSA: *Rick Del Toro*      Attorney:

Violation: Target of Investigation      Surr/Arrest Date:      YOB:

Proceeding: Report RE: Counsel      **CJA Appt:** *Oscar Arroyave*

Bond/PTD Held: ☐ Yes ☐ No      Recommended Bond:

Bond Set at:      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: *SPANISH*

Disposition:

*CJA APPT: Oscar Arroyave*

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE      Date:      Time:      Judge:      Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. *14:01:38*      Time in Court: *5 mins*

s/Barry L. Garber      Magistrate Judge